O'MELVENY & MYERS LLP
Shannon Lowry Nagle
Daniel S. Shamah
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Attorneys for Debtors
and Debtors-In-Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| **2008 Asset Holding Corp., <u>et al.</u>,**[1] | : | Case No. 09-14264 (AJG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------------ x

**NOTICE OF (1) OCCURRENCE OF PLAN EFFECTIVE DATE AND
(2) FEE CLAIMS BAR DATE**

**TO: ALL PARTIES IN INTEREST**

PLEASE TAKE NOTICE THAT, on November 12, 2009, the Bankruptcy Court entered an Order confirming the Amended Joint Chapter 11 Plan of Liquidation by 2008 Asset Holding Corp. and Its Affiliated Debtors dated as of October 6, 2009 (the "Plan"). Copies of the Order Confirming the Amended Joint Chapter 11 Plan of Liquidation by 2008 Asset Holding Corp. and Its Affiliated Debtors (Docket No. 115) (the "Confirmation Order") and the Plan (Docket No. 89) may be accessed via the Bankruptcy Court's web site, http://www.nysb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the terms of the Plan, the Plan became effective on December 15, 2009. All references in the Plan and the Confirmation Order to the Effective Date are to December 15, 2009.

PLEASE TAKE FURTHER NOTICE THAT, any applications for payment of a Fee Claim must be filed within thirty (30) days after the Effective Date and comply with the

---

[1] The Debtors are the following entities: 2008 Asset Holding Corp.; 2008 Asset Holding - TRS Corp. and 2008 Asset Holding - QRSRE Corp.

requirements set forth in section 3.1(a) of the Plan, and the failure to file timely and serve such Fee Application shall result in the Fee Claim being forever barred.

      PLEASE TAKE FURTHER NOTICE THAT, pursuant to sections 10.1-10.4 of the Plan, Persons who have been, are, or may be Holders of Claims against or Interests in the Debtors shall be permanently enjoined from taking actions to enforce such Claims and Interests against or affecting the Debtors, the Estates, or the Disbursing Agent, or any of their current or former respective members, directors, managers, officers, employees, agents, and professionals, successors and assigns or their respective assets and property with respect to such Claims or Interests (other than actions brought to enforce any rights or obligations under the Plan)

Dated: December 15, 2009  
      New York, New York

Respectfully submitted,

/s/ Shannon Lowry Nagle  
O'MELVENY & MYERS LLP  
Shannon Lowry Nagle  
Daniel S. Shamah  
Times Square Tower  
7 Times Square  
New York, New York  10036  
(212) 326-2000  

Attorneys For Debtors  
and Debtors-In-Possession